# United States District Court

Southern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EB674491643US addressed to Deborah L. Bird, c/o Terry Lazarr, 661 Hubbs Ct. Benicia, CA 94510.

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 1807

TO: P. G. Garn, Postal Inspector  and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn, Affiant, who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location) The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before June 20, 2008
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Ruben Brooks
U.S. Judge or Magistrate
as required by law.

6/10/2008 at 11:40 a.m.     at     San Diego, Ca.
Date and Time Issued                        City and State

**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer         Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 10, 2008 | June 10, 2008 approx 1331 hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

SA Raymond Stavr and P.G. Gavn Postal Inspector

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EB674491643US

to Deborah L. Bird    from Burke
c/o Terry Lazarr    PO B 26318
661 Hubbs Ct.    San Diego CA 92173
Benicia CA 94510

Containing
- taped greeting card
- bundle containing a green leafy substance that field tested positive for marijuana in a plastic bag wrapped in duct tape with a weight of approx 80 grams

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

P G Gavn

Subscribed, sworn to, and returned before me this date.

_____    6/11/2008
U.S. Judge or Magistrate    Date